United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16156-mdc |
| Robert A Bender | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 39 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert A Bender, 4004 Carteret Drive, Philadelphia, PA 19114-2111 |
| 13586950 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 13659988 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13586951 | | Boscov's, P.O. Box 71106, Charlotte, NC 28272-1106 |
| 13586959 | + | Citibank, N.A., P.O. Box 6189, Sioux Falls, SD 57117-6189 |
| 13621829 | | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 13668653 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13586970 | + | TD Bank USA, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 13586971 | + | Trumark Financial Credit Union, 1000 Northbrook Dr, Trevose, PA 19053-8430 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 17 2021 03:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 17 2021 03:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 17 2021 03:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:19 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13610395 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 17 2021 03:52:39 | CACH, LLC, PO BOX 10587, Greenville, SC 29603-0587 |
| 13586953 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:12 | Capital One, P.O. Box 85520, Richmond, VA 23285 |
| 13586955 | | Email/Text: bankruptcy@cavps.com | Apr 17 2021 03:34:00 | Cavalry Portfolio Service, P.O. Box 27288, Tempe, AZ 85285 |
| 13595559 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:12 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13586954 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 17 2021 04:10:11 | Capital One Retail Services, P.O. Box 5893, Carol Stream, IL 60197-5893 |
| 13606335 | + | Email/Text: bankruptcy@cavps.com | Apr 17 2021 03:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13586957 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 03:53:01 | Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |

Case 15-16156-mdc    Doc 40    Filed 04/18/21    Entered 04/19/21 00:50:59    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 39 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13586958 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:03:38 | Citibank, N.A., P.O. Box 6283, Sioux Falls, SD 57117-6283 |
| 13586960 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:01:52 | Citibank, N.A., P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 13586961 | | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Financial Services, LLC, P.O. Box 15316, Wilmington, DE 19850 |
| 13586966 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2021 04:11:19 | Macy's, 9111 Duke Blvd, Mason, OH 45040 |
| 13683078 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:32:00 | Department Store National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 13598587 | | Email/Text: mrdiscen@discover.com | Apr 17 2021 03:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13586962 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 03:50:19 | GAP Visa/GECRB, P.O. Box 960017, Orlando, FL 32896-0017 |
| 13586963 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:34 | JCPenney, P.O. Box 965009, Orlando, FL 32896-5009 |
| 13586956 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 17 2021 03:51:07 | Chase Card, P.O. Box 15298, Wilmington, DE 19850 |
| 13586964 | | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | M & T Bank, 1 Fountain Plz, Buffalo, NY 14203 |
| 13604210 | | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | M&T BANK, PO BOX 1288, Buffalo, NY 14240 |
| 13586965 | | Email/Text: camanagement@mtb.com | Apr 17 2021 03:32:00 | M&T Bank, 1 Fountain Plaza, FL 4, Buffalo, NY 14203 |
| 13722835 | | Email/Text: bnc-quantum@quantum3group.com | Apr 17 2021 03:32:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13592566 | | Email/PDF: rmscedi@recoverycorp.com | Apr 17 2021 04:11:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13586967 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:19 | Sam's Club/GECRB, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 13586969 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:19 | Synchrony Bank, P.O. Box 965005, Orlando, FL 32896-5005 |
| 13586968 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:09:42 | Synchrony Bank, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 13597127 | + | Email/Text: bncmail@w-legal.com | Apr 17 2021 03:34:00 | TD BANK USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13586972 | | Email/PDF: gecsedi@recoverycorp.com | Apr 17 2021 04:00:20 | Walmart/GECRB, P.O. Box 530927, Atlanta, GA 30353-0927 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | CACH, LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | * | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 16, 2021 | Form ID: 138NEW | Total Noticed: 39

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 18, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ANDREW F GORNALL | on behalf of Creditor M&T Bank agornall@kmllawgroup.com  bkgroup@kmllawgroup.com |
| BRAD J. SADEK | on behalf of Debtor Robert A Bender brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| JOSHUA I. GOLDMAN | on behalf of Creditor M&T Bank Josh.Goldman@padgettlawgroup.com kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor M&T Bank bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor M&T Bank tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Robert A Bender
      Debtor(s)                                   Bankruptcy No: 15−16156−mdc
                                                            Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                        For The Court
                                                                Timothy B. McGrath
                                                                   Clerk of Court

Dated: 4/16/21
                                                                                                         38 − 37
                                                                                                       Form 138_new